No. 276. RAINWATER ET AL., DOING BUSINESS AS R. S. RAINWATER & SONS, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. *Leon B. Catlett* for petitioners. *Solicitor General Rankin* for the United States.

No. 289. NATIONAL LABOR RELATIONS BOARD *v.* AVONDALE MILLS. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Frederick U. Reel* for petitioner.

No. 306. THE COLONY, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari granted. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Bernard H. Barnett* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Grant W. Wiprud* for respondent.

No. 5, Misc. TRIPLETT *v.* IOWA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Iowa granted. *Herbert S. French* for petitioner. *Norman A. Erbe,* Attorney General of Iowa, *Raphael R. R. Dvorak,* First Assistant Attorney General, and *Don C. Swanson,* Assistant Attorney General, for respondent.

No. 22, Misc. GIORDENELLO *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. *William F. Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.